DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER PHILLIPS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0816

[January 29, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432024CF000591A.

Daniel Eisinger, Public Defender, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***